ADAM PAUL LAXALT
  Attorney General
Steve Shevorski (Bar No. 8256)
  Head of Complex Litigation
Katlyn Brady (Bar No. 14173)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3783 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
katlynbrady@ag.nv.gov

*Attorneys for Defendants*
*State of Nevada ex rel. Private Investigators*
*Licensing Board, Kevin Ingram, Lori*
*Irizarry and Jason Woodruff*



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAHMOUD HENDI and ESI SECURITY SERVICES, INC., a Nevada Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF NEVADA PRIVATE INVESTIGATORS LICENSING BOARD, KEVIN INGRAM, LORI IRIZARRY, JASON WOODRUFF, and ; DOES 1-10, individually; and BLACK AND WHITE CORPORATIONS, <br><br> Defendants. | Case No. 3:17-cv-00633-LRH-VPC <br><br><br> **DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY** |

Defendant, State of Nevada on relation of the Private Investigators Licensing Board (**PILB**) and Kevin Ingram (**Ingram**), Lori Irizarry (**Irizarry**),[1] and Jason Woodruff (**Woodruff**), by and through counsel, Adam Paul Laxalt; Attorney General; Steve Shevorski, Head of Complex Litigation; and Katlyn Brady, Deputy Attorney General, move this Court for an order granting Defendants' motion to allow counsel to appear telephonically at the case management conference set for November 16, 2017.

---

[1] Plaintiffs misspelled Ms. Irizarry's last name in the caption and body of their complaint.

1    Mr. Shevorski and Ms. Brady are located in Las Vegas, Nevada and permitting a

2  telephonic appearance allows the State to avoid travel expenses.   Plaintiff's counsel

3  previously indicated that he does not object to Defendants' counsel appearing

4  telephonically.

5    DATED this 8th day of November, 2017

6                    Respectfully submitted,

7                    ADAM PAUL LAXALT
                        Nevada Attorney General

8

9                    By:*/s/ Katlyn Brady*
                        Steve Shevorski (Bar No. 8256)

10                   Head of Complex Litigation
                        Katlyn Brady (Bar No. 14173)

11                   Deputy Attorney General

12                   *Attorneys for Defendant*

13                   *State of Nevada ex. rel. Private*
                        *Investigators Licensing Board, Kevin*

14                   *Ingram, Lori Irizarry, and Jason Woodruff*

15

16

17               IT IS SO ORDERED

18               U.S. MAGISTRATE JUDGE

19               DATED: November 9, 2017

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the electronic filing system on the 8th day of November, 2017.  I further certify that some of the participants in this case are registered electronic filing systems users and will be served electronically.  For those participants in the case that are not registered electronic filing system users, service was made by depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada.

Richard G. Campbell, Jr.
The Law Office of Richard G. Campbell, Jr., Inc.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501

/s/ *Traci Plotnick*
Traci Plotnick, an employee of the
Office of the Attorney General