UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAHOUMED HENDI and ESI SECURITY SERVICES INC., a Nevada Corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF NEVADA PRIVATE INVESTIGATORS LICENSING BOARD, KEVIN INGRAM, LORI IRIZARRY, JASON WOODRUFF;<br><br>        Defendants. | CASE NO. 3:17-cv-00633-LRH-VPC |

**STIPULATION FOR EXTENSTION OF TIME**

IT IS HEREBY STIPULATED by and between the parties, and their respective counsel that Plaintiff shall have until February 9, 2018 to file its opposition to Defendant's Motion to Dismiss

///

///

///

///

///

///

///

Plaintiff's First Amended Complaint. The reason for the Stipulation is that Plaintiff's counsel will be out of town the entire week of January 29th, 2018.

DATED: January 26, 2018.   THE LAW OFFICE OF RICHARD G.
　　　　　　　　　　　　　　CAMPBELL, JR. INC.

　　　　　　　　　　　　　　By: /s/ Richard G. Campbell, Jr.
　　　　　　　　　　　　　　RICHARD G. CAMPBELL, JR.
　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: January 26, 2018.

　　　　　　　　　　　　　　By: /s/ Katlyn Brady
　　　　　　　　　　　　　　Katlyn Brady, Esq.
　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　Attorney for Defendants

**IT IS SO ORDERED.**

DATED this 29th day of January, 2018.   _____
　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE